B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Forest Packing Company**

                            Debtor

Case No.    **11-00627-NPO**

Chapter        **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,250,000.00 | | |
| B - Personal Property | Yes | 4 | 1,870,726.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,066,749.71 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 238,971.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 6,120,726.00 | | |
| | | | Total Liabilities | 1,305,721.24 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Forest Packing Company**
                                                                Debtor

Case No. ___**11-00627-NPO**_____

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Forest Packing Company**                                    Case No.    **11-00627-NPO**

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Processing Plant and Repair Shop, located at 110 Commerce Loop, Forest, MS, on 16th Section land leased from Forest Municipal Separate School District**<br><br>**NOTE:  AMOUNT OF SECURED CLAIM INCLUDES $5,000,000 LOAN OF LADY FOREST FARMS, INC. WITH COMMUNITY BANK.  ALTHOUGH DEBTOR IS NOT A PARTY TO THE LOAN, ITS PROCESSING PLANT AND SHOP ARE PLEDGED AS COLLATERAL.** | | - | 4,250,000.00 | 6,000,000.00 |

|  | Sub-Total > | **4,250,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,250,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Forest Packing Company**                                                      Case No.    **11-00627-NPO**
                                                                    ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account No. 1481 at Community Bank | - | 40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $50,000 Whole Life Insurance Policies of Hugh (#0033), Bill (#0032), & Jerry (#0034) Haralson, all pledged as partial collateral for Loan No. 13 with Bank of Forest | - | 52,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

| | |
|---|---:|
| Sub-Total > | 52,040.00 |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Forest Packing Company**                                          Case No.    __11-00627-NPO__
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock in Lady Forest Farms, Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Custom Processing Fees due from Lady Forest Farms, Inc.** | - | 18,686.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        18,686.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Forest Packing Company**                                    Case No.   **11-00627-NPO**
                                                          ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Processing Equipment**<br><br>**SEE ATTACHED ITEMIZATION** | - | 1,700,000.00 |
| 30. Inventory. | | **Purchased packaging materials - boxes, wrap, etc. (used in processing poultry)** | - | 100,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,800,000.00 |
| (Total of this page) | |
| Total > | 1,870,726.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - Schedule B
29. Machinery, Fixtures, Equipment, and Supplies Used in Business

CVP Vacuum Seal Machine
Mepsco  C02 Machine
Freezer Racks
Ingersoll-Rand 150 Air Compressor
Frick 300 HP & 200 HP Ammonia Compressors
FES 125 HP Ammonia Compressors
Recalculating Tank
Roof Condensers
Frick & Morris 60-Ton Ice Makers
Sandpiper Lift Pump
C02 Tank
Chester Jenson 12-Plate Water Chiller
Portable Lincoln Welder
Manitou KD Fork Lift, Serial No. T6020448
Bright Dump System
Bright Hang Belt
Stunner
Kill Machine
Gainesville Scald System
A & F Boiler
Stork Plucker
Roto-Jet Water Pumps
Vacuum Pumps
Gainesville Screen Separators
Gainesville Final Screen Separator
Custom Bilt Bird Washer
Gamco Leg Cutter
Bright Foot Unhanger
Bright Bird Rehanger

Gainesville Oil Sac Cutter
Meyn Vent Machine
Meyn Cavity Opener
Stork Eviscerater
D&F Inspection Stations
D&F 348 Chain
Custom Bilt Salvage Line
Johnson Cropper
Gainesville Neck Breaker
Johnson Inside/outside Bird Washer
Custom Bilt Outside Bird Washer
Stork Neck Skin Cutter
Gainesville Pre-Chiller
Cantrell Main Chiller
Further Pro. Rehang
Gamco Scales
Stork Liver Chiller
Custom Bilt Tub Washer
Mepsco Injector
StarFlex Dual Bagger
Loma Metal Dector
D&F Roller Bed
Custom Bilt Lift Belt
Further Processing Line
StarFlex Bagger
Weigh-Tronic Scale
D&F Ice Packer
Cardox Dry Ice Machine
D&F 8-Bin Ice Packing Machine

B6D (Official Form 6D) (12/07)

In re    **Forest Packing Company**                                    ,    Case No. ___11-00627-NPO___
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **60** | | | | 06/11/09 | | | | | |
| **Bank of Forest** **P. O. Box 60** **Forest, MS 39074** | X | - | | 3 Commercial Buildings & app. 297 ac.; 5 Deeds of Trust (2 Debtor; 3 Lady Forest Farms) | | | | | |
| | | | | Value $              4,250,000.00 | | | | 663,672.08 | 0.00 |
| Account No. **96** | | | | 06/11/10 | | | | | |
| **Bank of Forest** **P. O. Box 60** **Forest, MS 39074** | X | - | | 3 Commercial Buildings & app. 297 ac.; 5 Deeds of Trust (2 Debtor; 3 Lady Forest Farms) | | | | | |
| | | | | Value $              4,250,000.00 | | | | 302,202.24 | 0.00 |
| Account No. **13** | | | | 02/15/11 | | | | | |
| **Bank of Forest** **P. O. Box 60** **Forest, MS 39074** | X | - | | 3 Commercial Buildings & app. 297 ac.; 2 Deeds of Trust (1 Debtor; 1 Lady Forest Farms); & Life Insurance Policies of Hugh, Bill & Jerry Haralson | | | | | |
| | | | | Value $              4,250,000.00 | | | | 77,258.50 | 0.00 |
| Account No. **4764** | | | | 05/05/10 | | | | | |
| **Imperial Capital Bank** **500 North Brand Blvd.,** **Glendale, CA 91203** | X | - | | Insurance Premium Finance Agreement | | | | | |
| | | | | Value $              Unknown | | | | 23,616.89 | Unknown |

__0__    continuation sheets attached

|  | Subtotal (Total of this page) | 1,066,749.71 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,066,749.71 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Forest Packing Company**                                    Case No.    __11-00627-NPO__
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__3__    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Forest Packing Company** ,                    Case No. **11-00627-NPO**
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. United Healthcare Insu 22703 Network Place Chicago, IL 60673-1227 | X | - | Two Months' Contribution to Employees' Healthcare Plan | | | | 64,557.78 | 0.00 64,557.78 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 64,557.78 | 0.00 64,557.78 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re  **Forest Packing Company**                                                     Case No.  __11-00627-NPO__
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| City of Forest City Hall, Hwy. 21N Forest, MS 39074 | - | | Ad Valorem Taxes | | | | 25,993.55 | | 0.00 25,993.55 |
| Account No. | | | 12/31/10 | | | | | | |
| IRS P. O. Box 2502 Memphis, TN 38101 | - | | Payroll Taxes | | | | 99,360.96 | | 0.00 99,360.96 |
| Account No. | | | 4th Qtr., '10 | | | | | | |
| MDES Att'n:  BPC Dept. P. O. Box 23089 Jackson, MS 39225-3089 | - | | Unemployment Taxes | | | | 1,607.92 | | 0.00 1,607.92 |
| Account No. | | | 12/31/10 | | | | | | |
| MS State Tax Commissio P. O. Box 23075 Jackson, MS 39225-3075 | - | | Payroll Taxes | | | | 12,426.92 | | 0.00 12,426.92 |
| Account No. | | | 12/31/10 | | | | | | |
| MS State Tax Commissio P. O. Box 23075 Jackson, MS 39225-3075 | - | | Sales Taxes | | | | 6,728.00 | | 0.00 6,728.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 146,117.35 | 146,117.35 |

B6E (Official Form 6E) (4/10) - Cont.

In re __**Forest Packing Company**_____,    Case No. __**11-00627-NPO**_____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | |
| **Scott Co. Tax Collecto** **Att'n: Myra M. Davis** **100 E. First St.** **Forest, MS 39074** | - | | **Ad Valorem Taxes** | | | | | 0.00 |
| | | | | | | | **28,296.40** | **28,296.40** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | **28,296.40** | **28,296.40** |
| Total (Report on Summary of Schedules) | 0.00 | |
| | **238,971.53** | **238,971.53** |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Forest Packing Company**                                                    Case No.    __11-00627-NPO__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **See Attached List** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| ACE BOLT & SCREW CO., INC. P. O. BOX 22533 JACKSON, MS 39225-2533 | | Supplies Purchased | $839.24 |
| ACSPC P. O. BOX 244015 MONTGOMERY, AL 36124-4015 | | | 318.75 |
| AIRGAS SPECIALTY PRODUCTS P. O. BOX 934434 ATLANTA, GA 31193-4434 | | | 8,164.00 |
| AMERICAN TRANSITION SER, LLC P. O. BOX 69 BRANDON, MS 39043 | | | 5,459.97 |
| BAADER JOHNSON FOOD EQUIPMENT 4162 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | 2,928.68 |
| BARTLETT CASTER CO, INC. 2453 SELLERS DR. MERIDIAN, MS 39301 | | | 1,010.00 |
| BEARD'S WELDING INC. P. O. BOX 934 BRANDON, MS 39042 | | Services Received | 989.00 |
| BIG G PARTS/ GAINESVILLE MACHINE CO P. O. BOX 2936 GAINESVILLE, GA 30503 | | | 2,588.03 |
| BRIGHT COOP, INC. 803 WEST SEALE STREET NACOGDOCHES, TX 75964 | | | 1,195.82 |
| BURKES CONSTRUCTION P. O. BOX 275 MORTON, MS 39117 | | | 343.75 |
| CANTRELL P. O. BOX 757 GAINESVILLE, GA 30503 | FOREST | Goods Purchased | 9,406.40 |
| CENTERPOINT ENERGY SER, INC. P. O. BOX 203311 HOUSTON, TX 77216-3311 | | Utilities | 12,999.58 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors  - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| CHARLES BUCKLEY<br>554 FOUNTAIN RD.<br>FOREST, MS  39074 | | | 108.49 |
| CITY OF FOREST<br>WATER/SEWER DEPT<br>CITY HALL, HIGHWAY 21 N<br>FOREST, MS  39074 | | Utilities | 258,785.11 |
| CLEARWATER, INC.<br>P O. BOX 1328<br>STARKVILLE, MS  39760-1328 | | | 16,580.86 |
| COLE-PARMER INSTRUMENT CO.<br>625 E. BUNKER CT.<br>VERNON HILLS, IL  60061 | | | 35.71 |
| COMPLIANCE TECHNICAL<br>P. O. BOX 1480<br>FOREST, MS  39074 | | | 17,070.50 |
| CONTRACT REFRIGERATION<br>P.O. BOX 1477<br>LYTLE, TX  78052 | | | 750.00 |
| COPIAH SUPPLY, INC.<br>441 SOUTH EXTENSION ST<br>HAZLEHURST, MS  39083 | | | 914.20 |
| CRDU<br>P O BOX 4301<br>JACKSON, MS  39296-4301 | | | 20,181.01 |
| CUSTOM SHACKLES, INC.<br>1220 INDUSTRIAL BLVD.<br>GAINESVILLE, GA  30501 | | | 213.97 |
| CVP SYSTEMS INC.<br>2518 WISCONSIN AVENUE<br>DOWNERS GROVE, IL  60515 | | | 365.08 |
| D & F POULTRY EQUIPMENT, INC.<br>P. O. BOX 275<br>CROSSVILLE,  AL  35962 | | | 1,441.84 |
| D. JOHNSON PLUMBING, LLC<br>6887 HWY 481 S<br>MORTON, MS  39117-8906 | | | 180.00 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors  - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| DAILY EQUIPMENT COMPANY<br>P. O. BOX 98209<br>JACKSON, MS  39298-8209 | | | 7,026.23 |
| DANISCO<br>P. O. BOX 7247-8528<br>PHILADELPHIA, PA  19170 | | | 3,224.95 |
| DEBBIE HARALSON~<br>P. O. BOX 117<br>FOREST, MS 39074 | | Personal Loan to Debtor | 8,000.00 |
| DELTATRAK, INC.<br>P. O. BOX 398<br>PLEASANTON, CA  94566 | | | 453.46 |
| ECOLAB PEST ELIM. DIV.<br>P. O. BOX 6007<br>GRAND FORKS, ND  58206-6007 | | Pest Control Services | 4,484.35 |
| EHS<br>P. O. BOX 2545<br>MADISON, MS  39130-2545 | | Audiometric Testing | 800.00 |
| FAIRBANKS SCALES<br>P.O BOX 802796<br>KANSAS CITY, MO  64180-2796 | | | 477.00 |
| FISHER FIRE EXTINGUISHER SERV.<br>P. O. BOX 3364<br>JACKSON, MS  39207 | | | 120.00 |
| FOREST FAMILY PRACTICE CLINIC<br>P. O. BOX 600<br>FOREST, MS  39074 | | | 90.00 |
| FOREST SMALL ENGINE REPAIR<br>100 W. 3RD ST<br>FOREST, MS  39074 | | | 155.87 |
| FOUNTAIN ACE HARDWARE<br>231 EAST 1ST STREET<br>FOREST, MS  39074 | | | 7,476.87 |
| G. T. MICHELLI COMPANY, INC.<br>P. O. BOX 1045<br>METAIRIE, LA  70002 | | | 4,483.82 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| GAINCO, INC.<br>P. O. BOX 375<br>VERMILION, OH  44089 | | | 420.90 |
| GAINESVILLE MACHINE CO., INC.<br>P.O. BOX 2936<br>GAINESVILLE, GA  30503 | | | 1,903.75 |
| GAY & CO. CPA FIRM, P. A.<br>P. O. BOX 734<br>FOREST, MS  39074 | | Accounting Services | 4,025.00 |
| GUARDIAN<br>P. O. BOX 95101<br>CHICAGO, IL  60694-5101 | | | 14,883.54 |
| HARALSON BROILER FARMS, INC.~<br>P. O. DRAWER D<br>FOREST, MS 39074 | | | 105,153.00 |
| HARALSON COMPANY<br>P. O. BOX 359<br>FOREST, MS 39074 | | Employee Deductions for<br>Autos Purchased | 10,894.40 |
| HILL PARTS<br>211 HOGAN POND LANE,<br>BALL GROUND, GA  30107 | | | 4,009.89 |
| HOLLINGSWORTH & HOLLINGSWORTH<br>2055 GOODHOPE ROAD<br>LAKE, MS  39092 | | | 1,767.02 |
| HOLLINGSWORTH ENTERPRISES<br>2749 HWY. 21<br>FOREST, MS  39074 | | | 385.00 |
| HUGH H. HARALSON, III~<br>P. O. BOX 117<br>FOREST, MS 39074 | | Personal Loan to Debtor | 43,931.00 |
| IND. CONTROL SOLUTIONS, INC.<br>P.O. BOX 8039<br>JACKSON, MS  39284-8039 | | | 611.43 |
| INTERNATIONAL PAPER<br>3000 S ARK STREET<br>SPRINGHILL, LA  71075 | | | 237,174.62 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors  - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| MISSISSIPPI CARBONIC, LLC<br>3293 HWY 80 EAST<br>BRANDON, MS  39042 | | | 16,029.80 |
| MISSISSIPPI POWER COMPANY<br>610 E. THIRD ST.<br>FOREST, MS 39074 | | | 118,629.06 |
| MOTION INDUSTRIES, INC.<br>P. O. BOX 809<br>JACKSON, MS  39205 | | | 10,069.58 |
| NEWLY WEDS FOODS, INC.<br>4140 W. FULLERTON AVE<br>CHICAGO, IL  60639 | 2142 | Supplies Purchased | 10,314.08 |
| PAPER WHOLESALE OF JACKSON<br>170 INTERSTATE DRIVE<br>RICHLAND, MS  39218 | | | 21,517.63 |
| PARTRIDGE PROPANE INC.<br>2076 HWY 49 S.<br>FLORENCE, MS  39073 | | | 7,225.05 |
| PATMAR SUPPLY, INC.<br>P.O. BOX 31023<br>TAMPA, FL  33631-3023 | | | 12,450.00 |
| PERRY CONSTRUCTION COMPANY<br>P. O. BOX 627<br>PHILADELPHIA, MS  39350 | | | 7,900.00 |
| PRECISION AUTO PARTS<br>P. O. BOX 218<br>FOREST, MS  39074 | | | 27,622.03 |
| PROCESS MNGT. CONSULTING<br>P. O. BOX 428<br>KINGSTON SPRINGS, TN  37082-0428 | | | 3,100.00 |
| REFRIGERATION SYSTEMS INTL INC<br>7203 ECKHERT ROAD<br>SAN ANTONIO, TX  78238 | | | 40,116.68 |
| RELIABLE FINANCE<br>P. O. BOX 212<br>FOREST, MS  39074 | | | 361.09 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors  - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| INTERPEST, INC.<br>P. O. BOX 3498<br>CUMMING, GA  30028 | | | 1,834.00 |
| J. L. ROBERTS MECHANICAL<br>P. O. BOX 180579<br>RICHLAND, MS  39218 | | | 1,312.55 |
| JACKSON NATIONAL LIFE INS.<br>P.O. BOX 25326<br>OVERLAND PARK, KS 66225-5326 | | | 1,111.55 |
| JERRY HARALSON~<br>P. O. BOX 117<br>FOREST, MS 39074 | | Personal Loan to Debtor | 41,571.00 |
| JERRY'S AUTO SALES<br>850 HWY 35S<br>FOREST, MS  39074 | | | 753.35 |
| KFC/YRSG<br>P.O. BOX 102778<br>ATLANTA, GA  30368-2778 | | | 4,200.00 |
| KUSTOM MACHINE & SHEET METAL<br>1176  E. THIRD STREET<br>FOREST, MS  39074 | | | 23,261.63 |
| LEXISNEXIS SCREENING SOLUTIONS<br>P. O. BOX 7247-0377<br>PHILADELPHIA, PA  19170-0377 | | | 16.00 |
| LIBERTY MUTUAL GROUP*<br>P. O. BOX 1525<br>DOVER, NH 03820-1525 | 7888 | Estimated & Final WC Audits | 19,757.00 |
| MAGNOLIA CHEMICAL COMPANY<br>176 COUNTRY CIRCLE<br>ELLISVILLE, MS  39437 | | | 360.00 |
| MEYN AMERICA, LLC<br>1000 EVENFLO DRIVE<br>BALLGROUND, GA  30107 | | | 5,935.09 |
| MID SOUTH SERVICES<br>P. O. BOX 691<br>COLLINS, MS  39428 | | | 3,954.00 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors  - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| S E C INCORPORATED<br>P. O. BOX 546<br>DALLAS, GA  30132 | | | 5,796.29 |
| SANDHILL GROUP, L. L. C.<br>P. O. BOX 1598<br>BRANDON, MS  39043 | | | 20,725.03 |
| SHELLEY'S ELECTRICAL SER.,INC.<br>P. O. BOX 85<br>SEBASTOPOL, MS 39359 | | | 2,113.67 |
| SILLIKER, INC./GEORGIA LAB<br>2169 WEST PARK COURT, SUITE G<br>STONE MOUNTAIN, GA  30087 | | | 33.00 |
| SOUTHERN ELECTRIC WORKS<br>I-20 FRONTAGE ROAD,<br>JACKSON, MS 39204 | | | 44,853.51 |
| STERIFX, INC./BIOSPACE 1<br>2031 KINGS HWY, SUITE 218<br>SHREVEPORT, LA  71103 | 3779 & 3803 | Goods Purchased | 8,138.00 |
| STORK POULTRY PROCESSING<br>P. O. BOX 1258<br>GAINESVILLE, GA  30503 | | | 4,958.12 |
| STUART C. IRBY CO.<br>815 SOUTH STATE STREET<br>JACKSON, MS  39215-1819 | | | 3,529.88 |
| SYSTRONIC TIME SYSTEMS<br>121 SOUTHPOINTE DR., SUITE A<br>BYRAM, MS 39272-5581 | | | 7,789.40 |
| TANNER INDUSTRIES INC.,<br>5811 TACONY STREET<br>PHILADELPHIA, PA  19135 | | | 5,774.40 |
| TEMPERATURE CONTROLS SUPPLY CO<br>1220 INDUSTRIAL BLVD.<br>GAINESVILLE, GA 30501 | | | 346.42 |
| THE DURHAM COMPANY INC.<br>P.O. BOX 307<br>FOREST, MS  39074 | | | 70,303.42 |

FOREST PACKING COMPANY
CHAPTER 11; CASE NO. 11-00627-NPO
ATTACHMENT 1 - General Unsecured Creditors - Schedule F

| Creditor's Name and Mailing Address | Account No. | Claim Consideration | Amount of Claim |
|---|---|---|---|
| THE STELLAR GROUP<br>2900 HARTLEY ROAD<br>JACKSONVILLE, FL  32257 | | | 2,600.00 |
| TYSON FOODS<br>1225 JACK LEE DRIVE<br>FOREST, MS  39074 | | | 28,279.65 |
| USDA FOOD SAFETY & INSPECTION<br>P. O. BOX 979001<br>ST LOUIS, MO  63197-9000 | | | 15,590.14 |
| VOIGT-ABERNATHY SALES CORP.<br>7550 COMMERCE CIRCLE<br>TRUSSVILLE, AL  35173 | | | 6,904.60 |
| WAL MART STORE<br>1309 HWY 35 S<br>FOREST, MS  39074 | | | 360.00 |
| WASTE MANAGMENT OF CENTRAL MS<br>P.O. BOX 9001315<br>LOUISVILLE, KY  40290-1315 | | | 10,518.15 |
| WILLIS C. HARALSON~<br>P. O. BOX 117<br>FOREST, MS 39074 | | Personal Loan to Debtor | 654,273.00 |
| ZOLA M. HARALSON~<br>P. O. BOX 117<br>FOREST, MS 39074 | | Personal Loan to Debtor | 126,500.00 |
| Total | | | $2,223,609.94 |

~Amount Owed to this Creditor is Rough Estimate Only
*Disputed

B6G (Official Form 6G) (12/07)

In re   **Forest Packing Company**                                          Case No.   __11-00627-NPO__
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AmFed Companies, LLC**<br>**576 Highland Colony, #**<br>**Ridgeland, MS 39157** | **Contract for Worker's Comp. Coverage** |
| **Centerpoint Energy**<br>**P. O. Box 203311**<br>**Houston, TX 77210-4981** | **Contract for Natural Gas** |
| **EHS**<br>**P. O. Box 2545**<br>**Madison, MS 39130-2545** | **Contract for Audiometric Testing of 70 - 80 Employees** |
| **Guardian**<br>**P. O. Box 95101**<br>**Chicago, IL 60694-5101** | **Contract for Employees' Life Insurance Coverage** |
| **Imperial Credit Corpor**<br>**45 East River Park Pla**<br>**Fresno, CA 93720** | **Contract to Finance Debtor's and Lady Forest Farms, Inc.'s Liability/Property, et al, Insurance Coverage** |
| **Jackson National Insur**<br>**P. O. Box 25326**<br>**Overland Park, KS 66225-5326** | **Contract for Life Insurance Policies for Hugh H. Haralson, III, Willis C. Haralson, and Jerry Haralson, Debtor's principals** |
| **Lady Forest Farms, Inc**<br>**P. O. Box 117**<br>**Forest, MS 39074** | **Contract for Chicken Processing** |
| **Mississippi Power Comp**<br>**610 E. Third St.**<br>**Forest, MS 39074** | **Contract for Electricity for Debtor** |
| **United Healthcare Insu**<br>**22703 Network Place**<br>**Chicago, IL 60673-1227** | **Contract for Employees' Health Insurance** |
| **Waste Management of Ce**<br>**P. O. Box 9001315**<br>**Louisville, KY 40290-1315** | **Contract for Garbage Dumpster** |

0

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Forest Packing Company**                                   Case No.  **11-00627-NPO**
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Hugh H. Haralson, III<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Hugh H. Haralson, III<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Hugh H. Haralson, III<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Jerry Haralson<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Jerry Haralson<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Jerry Haralson<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Lady Forest Farms, Inc<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Lady Forest Farms, Inc<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Lady Forest Farms, Inc<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |
| Lady Forest Farms, Inc<br>P. O. Box 117<br>Forest, MS 39074 | United Healthcare Insu<br>22703 Network Place<br>Chicago, IL 60673-1227 |
| Lady Forest Farms, Inc<br>P. O. Box 117<br>Forest, MS 39074 | Imperial Capital Bank<br>500 North Brand Blvd.,<br>Glendale, CA 91203 |
| Willis C. Haralson<br>P. O. Box 117<br>Forest, MS 39074 | Bank of Forest<br>P. O. Box 60<br>Forest, MS 39074 |

1
_____ continuation sheets attached to Schedule of Codebtors

In re   **Forest Packing Company**                                  Case No.   **11-00627-NPO**
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Willis C. Haralson**<br>**P. O. Box 117**<br>**Forest, MS 39074** | **Bank of Forest**<br>**P. O. Box 60**<br>**Forest, MS 39074** |
| **Willis C. Haralson**<br>**P. O. Box 117**<br>**Forest, MS 39074** | **Bank of Forest**<br>**P. O. Box 60**<br>**Forest, MS 39074** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

| In re | **Forest Packing Company** | | Case No. | **11-00627-NPO** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 25, 2011__        Signature __/s/ Hugh H. Haralson, III__

                                                    **Hugh H. Haralson, III**
                                                    **President, Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.