IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                              CHAPTER 7

FOREST PACKING COMPANY                                          CASE NO. 11-00627-NPO

**APPLICATION OF TRUSTEE
TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS**

**COMES NOW, J. Stephen Smith,** Trustee in the above captioned and numbered cause, and petitions the Court for authority to retain and appoint Stephen Smith & Company, P.C. Certified Public Accountants in this proceeding, and in support thereof would respectfully show as follows, to-wit:

1. That J. Stephen Smith, Trustee (hereinafter referred to as "Trustee") represents that in the administration of the above captioned and numbered cause and in the performance of his duties as Trustee, it will be necessary for said Trustee to employ a Certified Public Accountants to perform such accounting services as may become necessary to finalize matters pertaining to the Bankruptcy Estate.

2. Applicant desires to employ Stephen Smith & Company, P.C. as Certified Public Accountants of Jackson, Mississippi for the performance of said accounting services herein.

3. That said Certified Public Accountant is fully qualified, and his employment would be in the best interest of this Bankruptcy Estate.

**WHEREFORE, PREMISES CONSIDERED,** J. Stephen Smith, Trustee, prays that he be authorized to employ and appoint Stephen Smith & Company, P.C. as his Certified Public Accountants, to be reimbursed by the Bankruptcy Estate subject to the requirements and approval of the Bankruptcy Court.

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
401 E. Capitol St., Suite 316
P.O. Box 1177
Jackson, MS 39215-1177
(601) 969-3006
enslaw@bellsouth.net

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have electronically transmitted, a true and correct copy of the above and foregoing Application of Trustee to Employ Accountants to the following on the day and year hereinafter set forth:

Craig M. Geno, Esq.
Attorney for Debtor
cmgeno@hjglawfirm.com

Henry G. Hobbs, Jr., Esq.
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the ____ day of _____, 2011.

_____
EILEEN N. SHAFFER

**STEPHEN SMITH & COMPANY, P.C.**
*Certified Public Accountants*
5 Old River Place, Suite 107
Jackson, Mississippi 39202
(601) 352-6767

## STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

**COMES NOW**, Stephen Smith, C.P.A. of Stephen Smith & Company, P.C., Certified Public Accountants, and would represent unto the Court, under penalty of perjury:

That I have no connection with the debtor(s), or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the subject case.

I was previously employed as a Bankruptcy Analyst with the Office of the United States Trustee from March 8, 1993 through January 5, 1995; however, at this time, I have no connection with the United States Trustee or any person employed in the Office of the United States Trustee.

*[signature]*
Stephen Smith, C.P.A.